UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

    Plaintiff,

v.

FYRE, SHIELFIED AND KING,

    Defendants.

_____/

Case No. 17-cv-10999
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Court's Order (1) Overruling Plaintiff's Objections to Report and Recommendation (ECF #31), (2) Adopting Recommended Disposition of Report and Recommendation (ECF #21), (3) Granting Defendants' Motion for Summary Judgment (ECF #15), and (4) Dismissing Complaint (ECF #1) Without Prejudice, dated January 31, 2018,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                          DAVID J. WEAVER
                          CLERK OF COURT

              By:    s/Holly A. Monda
                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 31, 2018
Flint, Michigan