UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

     Plaintiff,                              Case No. 17-cv-10999
                                           Hon. Matthew F. Leitman

v.

FYRE, SHIELFIED AND KING,

     Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTIONS FOR THE APPOINTMENT OF LEGAL AID (ECF #49) AND THE APPOINTMENT OF LEGAL COUNSEL (ECF #52)

Plaintiff Dwayne Stringer is a state prisoner confined at the Macomb Correctional Facility in New Haven, Michigan. He has filed numerous lawsuits in this District. On January 31, 2018, the Court dismissed this action without prejudice on the ground that Stringer failed to exhaust his administrative remedies. (*See* Dismissal Order, ECF #42.) At that point the case was closed. Nonetheless, on December 21, 2018, Stringer filed a motion for the appointment of legal aid and, on February 25, 2019, he filed a motion to appoint counsel. Because this case has been closed and because the Court does not believe the relief sought is appropriate at this time, Stringer's motions for the appointment of legal aid (ECF #49) and counsel (ECF #52) are **DENIED.**

     **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: March 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2019, by electronic means and/or ordinary mail.

<div style="margin-left:45%">

s/Holly A. Monda

Case Manager

(810) 341-9764

</div>